# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142968

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RESIDENTIAL FUNDING COMPANY, L.L.C.,
     Plaintiff-Appellant,

v

                        SC: 142968
                        COA: 294564
                        Oakland CC: 2008-094346-CH

FIFTH THIRD BANK,
         Defendant-Appellee,

and

KIMBERTLY A. JONES, SHERYL C.
JONES and FLAGSTAR BANK,
         Defendants.

_____/

     On order of the Court, the application for leave to appeal the January 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

                                     Clerk

p0718